UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X Case No. 18-cv-01495-RRM-SMG
HARESH JAMNADAS,

                                              Plaintiff,                  STIPULATION OF
          -against-                                    VOLUNTARY DISMISSAL

MIDLAND CREDIT MANAGEMENT, INC.,

                                              Defendant.
-----------------------------------------------------------------------X

        The Parties, by and through their attorneys, hereby consent to the dismissal of the above-entitled action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without costs or fees. The class claims are dismissed without prejudice.

Dated: New York, New York
       July 18, 2018.


| /s/ *Novlette R. Kidd* | /s/ *Ellen B. Silverman* |
|---|---|
| NOVLETTE R. KIDD, ESQ. | ELLEN B. SILVERMAN, ESQ. |
| FAGENSON & PUGLISI, PLLC | HINSHAW & CULBERTSON LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 450 Seventh Avenue, Suite 704 | 800 Third Avenue, 13th Floor |
| New York, New York 10123 | New York, New York 10022 |
| Tel.: (212) 268-2128 | Tel.: (212) 471-6200 |
| Nkidd@fagensonpuglisi.com | Esilverman@hinshawlaw.com |


     Dated:  New York, New York
             July 20, 2018


     IT IS SO ORDERED:


       *s/Roslynn R. Mauskopf*
     _____
     HON. ROSLYNN R. MAUSKOPF
     United States District Judge